42 USC §1983

**COMPLAINT FORM**
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT

FOR THE Southern DISTRICT OF Indiana

Terre Haute Division

FILED
03/02/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

(Full name of plaintiff(s))

Derek J. Tanksley

vs

(Full name of defendant(s))

① Officer James Moore
② Judge Frank Newkirk Jr.
③ Dustin Houchin (Washington County prosecutor)

Case Number:

**2:21-cv-125-JPH-DLP**
(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of Indiana, and is located at

Putnamville Correctional Facility (I.D.O.C.)
1946 West US 40 Greencastle, IN 46135
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.  Defendant Officer James Moore (Salem Police Dept.)
    (Name)

Complaint – 1

Case 2:21-cv-00125-JPH-DLP   Document 2   Filed 03/02/21   Page 2 of 8 PageID #: 3

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at ___Washington County___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Salem Police Dept.___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

This is a prisoner's motion that I have slightly modified to fit the criteria of a U.S.C. § 1983 claim to address violations of my United States Constitutional rights. I'm also requesting further instruction and possibly a stay of these proceedings to await a decision on my Habeas Corpus petition that

Complaint — 2

is proceeding in this same Honorable Court. My research has left me with no definitive answer as to my limitations accrual. My initial complaint is of the violation of my 5th and 6th Amendment "Fair Trial" claim based on both Fabrication of Material fact in arrest report and a Brady violation in the same sentence of the report. The 1st sentence says I officer James Moore with the Salem Police Department received an anonymous tip etc. Upon receiving supplemental discovery 63 days later, (Officer Moore's Facebook Messages), we find out that it wasn't an anonymous tipster. See police report and Motion to Exclud Testimony. This was the week of my speedy/early trial date I requested. The identity of that witness was Brady evidence. Furthermore, this falsified statement was the supposed cause of the vehicle stop that led to my arrest. The Judge signed a finding of probable cause order based on these false material facts. My 4th amendment right to probable cause has "Still" not been satisfied. (See attached Documents)

Complaint – 3

C.  JURISDICTION

☑ I am suing for a violation of federal law under U.S.C. § 1331. 42 U.S.C. § 1983

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

$ _____

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want these parties prosecuted under "Civil Rights Act of 1866", 18 U.S.C.S. 242, and 18 U.S.C.S. 1001. I want paid for every day I have sat deprived of my Constitutional Rights without proper probable-cause satisfied. I want notorized letters of apology from all parties. Damages requested include Compensatory, nominal, punitive. With changing circumstances from other proceedings, my Relief requests could change. I'm still familiarizing myself with common or TORT Law and procedures of which I just started studying this week. For this reason my main request is for this Honorable Court to bear with me and forgive my lack of procedural knowledge. I'm studying hard to remedy my lack thereof.

Complaint -- 4

E.  **JURY DEMAND**

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this ____ day of _____ 20 21 .

Respectfully Submitted,

*Derek Tanksley*
Signature of Plaintiff

242410
Plaintiff's Prisoner ID Number

I.D.O.C.
Putnamville Correctional Facility
1946 West U.S. 40 Green Castle, IN 46135
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISCRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5

# Statement of Claim Continued

Now, this leads me back to my opening statement, does my accrual of time limitations start when Officer Moore turned over the Fabricated Evidence to the prosecutor or when my case ends in favorable outcome? I don't want this claim time barred. I'm trying to learn what I can but I am no attorney. These are not allegations these are facts that the record will show. Is a stay of proceedings proper? Since it is a proven and admitted to fact on the officers part do I need to await for this courts Judgement on my Habeas Corpus petition? Again, I apologize for any inconvenience that the questions of law in this petition may cause this court but from what I can tell there are many different opinions from different districts and Judges on how to handle these kinds of proceedings. I'm sending with this petition all the supporting court documents proving my claim. Also, I'm sending a copy of the exact same Criminal Complaint Affidavit which I notorized and sent to the Southern District Attorney. I'm going to also send my research and case law that I've accumulated that pertain to this claim.

# Statement of Claim
## Continued

Next, I must bring up my 4th and 14th Amendment claim of seizure and detainment without probable cause. Some Federal Courts have put Fabrication Claims under due-process, in which this court cannot entertain until Favorable outcome is attained. Again, I apoligize for my confusion and lack of clarity on these subjects of law and procedure. But, on the bright side, I don't suppose you see these kinds of facts and decisions of pocedure in the majority of the claims this Honorable Court gets so I hope it is refreshing to see how the law must grow and evolve regularly due to these kinds of irregularities. I know it fascinates me. The Supreme Court in ✳Manuel, 137 S. Ct. at 914-16 ✳ Has confirmed a 4th Amendmeht claim involving pretrial confinement and probable-cause determination based on fabricated evidence. Also, A Brady violation brings up other issues. Malicious prosecution, False Arrest, False imprisonment, Confrontation Clause/withholding witness identity. My requested speedy/early trial was violated by the state due to these same circumstances. Cumulative, there is no denying my Fair Trial violation of which Officer Moore has already admitted to.

# Statement of Claim Continued

Pg. 3

Anything else that I have mentioned that you may have questions about you can refer to the Habeas petition presently under review in your court. The only new documents that are here and not in the Habeas are the Criminal Complaint Affidavit and some of the supporting research. The allegations/charges I'm bringing against Officer Moore in his personal and professional duties are pretty straight forward. As for Judge Frank Newkirk Jr. in his personal and professional capacities, failure to protect, Misprision of Felony, Accessory after the fact, 18 U.S.C.S. 242, and 18 U.S.C.S. 1001. And Finally, Prosecutor Dustin Houchin in his personal and professional/official capacities, Misprision of Felony, Accessory after the fact, 18 U.S.C.S. 242, and 18 U.S.C.S. 1001. The police report and Motion to Exclude are in the Criminal Complaint, they are the so-called puddin of which the proof is in. Thank you for your time and consideration. Please send correspondence of any decisions or instructions as far as stays or dismissals or any further compliance this court may require of me.