UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEREK J. TANKSLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES MOORE Officer, ) <br> FRANK NEWKIRK, JR., ) <br> DUSTIN HOUCHIN Washington County ) <br> Prosecutor, ) <br> ) <br> Defendants. ) | No. 2:21-cv-00125-JPH-DLP |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff. This action is dismissed without prejudice.

Date: 7/30/2021

Roger A. G. Sharpe, Clerk

By: _Pam Pope_
Deputy Clerk, U.S. District Court

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DEREK J. TANKSLEY
242410
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only